```
                                FILED
                           August 17, 2015
                        CLERK, US DISTRICT COURT
                        EASTERN DISTRICT OF
                              CALIFORNIA
                             DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                          )   Case No. 2:15-mj-00108-AC
        Plaintiff,        )
v.                        )
                          )   ORDER FOR RELEASE OF
DAVID A. TURCIOS,         )   PERSON IN CUSTODY
                          )
                          )
        Defendant.        )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release, DAVID A. TURCIOS, Case No. 2:15-mj-00108-AC from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   __X__   Release on Personal Recognizance

   _____   Bail Posted in the Sum of: $

           _____   Co-Signed Unsecured Appearance Bond

           _____   Secured Appearance Bond

   __X__   (Other) Conditions as stated on the record.

   _____   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  8/17/2015  at  2:25 p.m.

                                        By _____
                                           Edmund F. Brennan
                                           United States Magistrate Judge