BENJAMIN B. WAGNER
United States Attorney
Matthew M. Yelovich
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Daniel P. Butler
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Ave., N.W.
Room 4404
Washington, DC 20530
Telephone: (202) 307-2184
Facsimile:  (202) 514-7021

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-MJ-00108 AC |
| Plaintiff, | ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT |
| v. | |
| DAVID A. TURCIOS, | INITIAL APPEARANCE: AUG. 17, 2015<br>PRELIMINARY HEARING DATE: OCT. 5, 2015 |
| Defendant. | |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on August 20, 2015. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, when considered in conjunction with the parties' statements at the initial appearance on August 17, 2015, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C.

1

1 § 3161(h)(7)(A).  The Court further finds that the extension of time would not adversely affect the
2 public interest in the prompt disposition of criminal cases.
3       THEREFORE, FOR GOOD CAUSE SHOWN:
4       1.     Per the Court's Order of August 17, 2015, the date of the preliminary hearing is set for
5 October 5, 2015.
6       2.     The time between August 20, 2015 and October 5, 2015, shall be excluded from
7 calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).
8       3.     Defendants shall appear at that date and time before the United States Magistrate Judge
9 on duty.
10       IT IS SO ORDERED.

12 Dated:  August 21, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2