1  BENJAMIN B. WAGNER
   United States Attorney
2  Matthew M. Yelovich
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5
   Daniel P. Butler
6  U.S. Department of Justice
   Criminal Division, Fraud Section
7  1400 New York Ave., N.W.
   Room 4404
8  Washington, DC 20530
   Telephone:  (202) 307-2184
9  Facsimile:  (202) 514-7021

10 Attorneys for Plaintiff
   United States of America

11

12                        IN THE UNITED STATES DISTRICT COURT

13                         EASTERN DISTRICT OF CALIFORNIA

14 UNITED STATES OF AMERICA,                  CASE NO.  2:15-MJ-00108 AC

15                          Plaintiff,         STIPULATION FOR EXTENSION OF TIME FOR
                                               PRELIMINARY HEARING PURSUANT TO RULE
16                     v.                       5.1(d) AND EXCLUSION OF TIME UNDER
                                               SPEEDY TRIAL ACT
17 DAVID A. TURCIOS,
                                               CURRENT PRELIMINARY HEARING DATE:
18                          Defendant.         OCT. 5, 2015
                                               PROPOSED PRELIMINARY HEARING DATE:
19                                             NOV. 20, 2015

20
                                   **STIPULATION**
21
         Plaintiff United States of America, by and through its counsel of record, and defendant DAVID
22
   A. TURCIOS, by and through defendant's counsel of record, hereby stipulate as follows:
23
         1.      By previous order, this matter was set for preliminary hearing on October 5, 2015.
24
         2.      By this stipulation, the parties now move to continue the preliminary hearing date until
25
   November 20, 2015, at 2:00 P.M. before the duty United States Magistrate Judge, pursuant to Rule
26
   5.1(d) of the Federal Rules of Criminal Procedure, and seek an Order from this Court excluding time
27
   until that date.  The parties stipulate that the delay is required to allow the defense reasonable time for
28
   preparation, specifically, conducting legal and factual research and examining case files.  The

                                                   1
   STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY
   HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME
   UNDER SPEEDY TRIAL ACT

1  government sent discovery materials to defendant and defense counsel on August 20, 2015, with some

2  follow-up discovery on August 25, 2015, and defense counsel will need time to review said discovery

3  and conduct related case preparation.  The parties are exploring a potential pre-indictment resolution of

4  this case.

5          3.      The parties stipulate, and would ask the Court to so find, that, based on the above-stated

6  findings, the ends of justice served by continuing the case as requested outweigh the interest of the

7  public and the defendant in an information or indictment being filed within the original date prescribed

8  by the Speedy Trial Act.  See 18 U.S.C. § 3161(h)(7)(A).

9          4.      The parties agree that good cause exists for the extension of time and that the extension

10  would not adversely affect the public interest in the prompt disposition of criminal cases.  Therefore, the

11  parties request that the time between October 5, 2015 (original preliminary hearing date), and November

12  20, 2015 (new date of the preliminary hearing), be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv),

13  Local Code T-4.

14          5.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

15  Speedy Trial Act dictate that additional time periods are excludable from the period within which an

16  information or indictment must be filed.

17          IT IS SO STIPULATED.

18

19  Dated:  September 25, 2015                    BENJAMIN B. WAGNER
                                                  United States Attorney

20

21                                               /s/ Matthew M. Yelovich
                                                 Matthew M. Yelovich
                                                 Assistant United States Attorney
22

23                                               Daniel P. Butler
                                                 U.S. Department of Justice
                                                 Criminal Division, Fraud Section
24

25  Dated:  September 25, 2015                    /s/ Timothy Zindel
                                                 Timothy Zindel
26                                               Office of the Federal Defender
                                                 Counsel for Defendant
27                                               David A. Turcios

28

STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY          2
HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME
UNDER SPEEDY TRIAL ACT

1

2                              **[~~PROPOSED~~] FINDINGS AND ORDER**

3              IT IS SO FOUND AND ORDERED this 25th day of September, 2015.

4

5

6 
_____

7              THE HONORABLE ALLISON CLAIRE
              UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY                     3
HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME
UNDER SPEEDY TRIAL ACT