ANDREW WEISSMANN
Chief, Fraud Section
Daniel P. Butler
Trial Attorney, Fraud Section
Criminal Division
U.S. Department of Justice
1400 New York Ave., N.W.
Room 4404
Washington, D.C.  20530

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>          v.<br><br>DAVID A. TURCIOS,<br><br>                              Defendant. | CASE NO.  2:15-MJ-00108 AC<br><br>STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT<br><br>CURRENT PRELIMINARY HEARING DATE:<br>July 18, 2016<br>PROPOSED PRELIMINARY HEARING DATE:<br>August 22, 2016 |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant DAVID A. TURCIOS, by and through defendant's counsel of record, hereby stipulate as follows:

1.       By previous order, this matter was set for a preliminary hearing on July 18, 2016.

2.       By this stipulation, the parties now move to continue the preliminary hearing date until August 22, 2016 at 2:00 p.m. before the duty United States Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure, and seek an Order from this Court excluding time until that date.  The parties stipulate that the delay is required to allow the defense reasonable time for preparation, specifically, conducting initial legal and factual research, and examining case files.  The government sent discovery materials to defendant and defense counsel on August 20, 2015, with follow-up discovery on August 25, 2015, October 27, 2015, April 19, 2016, and June 3, 8 and 23, 2016, as well as various email and telephone exchanges of case relevant information and a personal meeting, and defense

STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT

1

counsel will need time to review said discovery and conduct related case preparation. Furthermore, defendant was unavailable recently for a six week period due to participation in a program. Finally, the parties are exploring a potential pre-indictment resolution of this case.

3. The parties stipulate, and would ask the Court to so find, that, based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in an information or indictment being filed within the original date prescribed by the Speedy Trial Act. See 18 U.S.C. § 3161(h)(7)(A).

4. The parties agree that good cause exists for the extension of time and that the extension would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between July 18, 2016 (current date for the preliminary hearing), and August 22, 2016 (new date of the preliminary hearing), be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which an information or indictment must be filed.

IT IS SO STIPULATED.

Dated: July 12, 2016        ANDREW WEISSMANN
                            Chief, Fraud Section

                            /s/ Daniel P. Butler
                            Daniel P. Butler
                            Trial Attorney, Fraud Section
                            Criminal Division
                            U.S. Department of Justice

Dated: July 12, 2016        /s/ Timothy Zindel
                            Timothy Zindel
                            Office of the Federal Defender
                            Counsel for Defendant
                            David A. Turcios

STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY
HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME
UNDER SPEEDY TRIAL ACT

2

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED

Dated: July 13, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT

3