1  ANDREW WEISSMANN
   Chief, Fraud Section
2  Daniel P. Butler
   Trial Attorney, Fraud Section
3  Criminal Division
   U.S. Department of Justice
4  1400 New York Ave., N.W.
   Room 4404
5  Washington, D.C.  20530

6  Attorneys for Plaintiff
   United States of America

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

   UNITED STATES OF AMERICA,                 CASE NO.  2:15-MJ-00108 AC
11
                          Plaintiff,         STIPULATION FOR EXTENSION OF TIME FOR
12                                           PRELIMINARY HEARING PURSUANT TO RULE
                 v.                          5.1(d) AND EXCLUSION OF TIME UNDER
13                                           SPEEDY TRIAL ACT
   DAVID A. TURCIOS,
14                                           CURRENT PRELIMINARY HEARING DATE:
                          Defendant.         October 26, 2016
15                                           PROPOSED PRELIMINARY HEARING DATE:
                                             December 5, 2016
16

17                               **STIPULATION**

18         Plaintiff United States of America, by and through its counsel of record, and defendant DAVID

19  A. TURCIOS, by and through defendant's counsel of record, hereby stipulate as follows:

20         1.     By previous order, this matter was set for a preliminary hearing on October 26, 2016.

21         2.     By this stipulation, the parties now move to continue the preliminary hearing date until

22  December 5, 2016 at 2:00 p.m. before the duty United States Magistrate Judge, pursuant to Rule 5.1(d)

23  of the Federal Rules of Criminal Procedure, and seek an Order from this Court excluding time until that

24  date.  The parties stipulate that the delay is required to allow the defense reasonable time for preparation,

25  specifically, conducting legal and factual research, and examining case files.  The government sent

26  discovery materials to defendant and defense counsel on August 20 and 25, 2015, October 27, 2015,

27  April 19, 2016, and June 3, 8 and 23, 2016, as well as various email and telephone exchanges of case

28  relevant information and a personal meeting, and defense counsel will need time to review said

1   discovery and conduct related case preparation.  Furthermore, defendant was unavailable during the

2   summer for a six week period due to participation in a program.  Finally, the parties are exploring a

3   potential pre-indictment resolution of this case.

4          3.       The parties stipulate, and would ask the Court to so find, that, based on the above-stated

5   findings, the ends of justice served by continuing the case as requested outweigh the interest of the

6   public and the defendant in an information or indictment being filed within the original date prescribed

7   by the Speedy Trial Act.  See 18 U.S.C. § 3161(h)(7)(A).

8          4.       The parties agree that good cause exists for the extension of time and that the extension

9   would not adversely affect the public interest in the prompt disposition of criminal cases.  Therefore, the

10  parties request that the time between October 26, 2016 (current date for the preliminary hearing), and

11  December 5, 2016 (new date of the preliminary hearing), be excluded pursuant to 18 U.S.C.

12  § 3161(h)(7)(B)(iv), Local Code T-4.

13         5.       Nothing in this stipulation and order shall preclude a finding that other provisions of the

14  Speedy Trial Act dictate that additional time periods are excludable from the period within which an

15  information or indictment must be filed.

16         IT IS SO STIPULATED.

17

18  Dated:  October 18, 2016                               ANDREW WEISSMANN
                                                           Chief, Fraud Section

19

20                                                         /s/  Daniel P. Butler
                                                           Daniel P. Butler
21                                                         Trial Attorney, Fraud Section
                                                           Criminal Division
22                                                         U.S. Department of Justice

23  Dated:  October 18, 2016                               /s/ Timothy Zindel
                                                           Timothy Zindel
24                                                         Office of the Federal Defender
                                                           Counsel for Defendant
25                                                         David A. Turcios

26

27

28

STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY          2
HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME
UNDER SPEEDY TRIAL ACT

1

**FINDINGS AND ORDER**

2              IT IS SO FOUND AND ORDERED.

3    Dated:  October 19, 2016

4
                                    _____
5                                    KENDALL J. NEWMAN
                                    UNITED STATES MAGISTRATE JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY
HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME
UNDER SPEEDY TRIAL ACT