ANDREW WEISSMANN
Chief, Fraud Section
Daniel P. Butler
Trial Attorney, Fraud Section
Criminal Division
U.S. Department of Justice
1400 New York Ave., N.W.
Room 4404
Washington, D.C.  20530

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>DAVID A. TURCIOS,<br><br>                    Defendant. | CASE NO.  2:15-MJ-00108 AC<br><br>STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT<br><br>CURRENT PRELIMINARY HEARING DATE: January 30, 2017<br>PROPOSED PRELIMINARY HEARING DATE: February 27, 2017 |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant DAVID A. TURCIOS, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for a preliminary hearing on January 30, 2016.

2.      By this stipulation, the parties now move to continue the preliminary hearing date until February 27, 2017 at 2:00 p.m. before the duty United States Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure, and seek an Order from this Court excluding time until that date.  The parties stipulate that the delay is required to allow the defense reasonable time for preparation, specifically, conducting legal and factual research, and examining case files.  The government sent discovery materials to defendant and defense counsel on August 20 and 25, 2015, October 27, 2015, April 19, 2016, and June 3, 8 and 23, 2016, as well as various email and telephone exchanges of case relevant information and a personal meeting, and defense counsel will need time to review said

STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT

1

discovery and conduct related case preparation.  Furthermore, defendant was unavailable during the summer for a six week period due to participation in a program.  Moreover, defense counsel is presently involved in unrelated trial matters that require his attention to those matters for most of this month.  Finally, the parties are exploring a potential pre-indictment resolution of this case.

3. The parties stipulate, and would ask the Court to so find, that, based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in an information or indictment being filed within the original date prescribed by the Speedy Trial Act.  See 18 U.S.C. § 3161(h)(7)(A).

4. The parties agree that good cause exists for the extension of time and that the extension would not adversely affect the public interest in the prompt disposition of criminal cases.  Therefore, the parties request that the time between January 30, 2017 (current date for the preliminary hearing), and February 27, 2017 (new date of the preliminary hearing), be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which an information or indictment must be filed.

IT IS SO STIPULATED.

Dated:  January 10, 2017                                       ANDREW WEISSMANN
                                                               Chief, Fraud Section


                                                                /s/  Daniel P. Butler
                                                               Daniel P. Butler
                                                               Trial Attorney, Fraud Section
                                                               Criminal Division
                                                               U.S. Department of Justice

/////
/////
/////
/////

STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY
HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME
UNDER SPEEDY TRIAL ACT

Dated: January 10, 2017

/s/ Timothy Zindel
Timothy Zindel
Office of the Federal Defender
Counsel for Defendant
David A. Turcios

## [~~PROPOSED~~] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated:   January 11, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT

3