SANDRA L. MOSER
Acting Chief, Fraud Section
Daniel P. Butler
Trial Attorney, Fraud Section
Criminal Division
U.S. Department of Justice
1400 New York Ave., N.W.
Room 4404
Washington, D.C. 20530

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00123 JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| DAVID A. TURCIOS, | DATE: October 3, 2017 |
| Defendant. | TIME: 9:15 a.m. |
| | COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 3, 2017.

2. By this stipulation, the parties now jointly move to continue the status conference until November 7, 2017 at 9:15 a.m., and to exclude time between October 3, 2017, and November 7, 2017 at 9:15 a.m., under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes investigative reports and records, as well as case files from related cases. The government sent discovery materials to defendant and defense counsel on August 20 and 25, 2015, October 27, 2015, April 19, 2016, and June 3, 8 and 23, 2016, as well as various email and

telephone exchanges of case-relevant substantive information.  Moreover, in contemplation of the new protective order entered on August 29, 2017, the government anticipates producing additional materials referenced therein.  All of this discovery has been or is being produced directly to counsel and/or made available for inspection and copying.

    b)    Counsel for defendant desires additional time to consult with his client, conduct additional factual and legal research, and review the discovery.

    c)    Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d)    The government joins in the request for the continuance.

    e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 3, 2017 to November 7, 2017 at 9:15 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 29, 2017									SANDRA L. MOSER
											Acting Chief, Fraud Section


											/s/ Daniel P. Butler
											Daniel P. Butler
											Trial Attorney, Fraud Section
											Criminal Division
											U.S. Department of Justice

Dated: August 29, 2017									/s/ Timothy Zindel
											Timothy Zindel
											Office of the Federal Defender
											Counsel for Defendant
											DAVID A. TURCIOS

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 29th day of August, 2017

											/s/ John A. Mendez
											THE HONORABLE JOHN A. MENDEZ
											UNITED STATES DISTRICT COURT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3