1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  TIMOTHY ZINDEL, #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710
   timothy_zindel@fd.org
5

6  Attorney for Defendant
   DAVID A. TURCIOS
7

8

9                IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,  ) Case No. 2:17-CR-00123 JAM
                               )
13       Plaintiff,            )
                               ) **STIPULATION AND ORDER**
14       v.                    ) **CONTINUING STATUS CONFERENCE**
                               ) **AND EXCLUDING TIME**
15  DAVID A. TURCIOS,          )
                               )
16       Defendant.            ) Date:  November 7, 2017
                               ) Time:  9:15 a.m.
17                             ) Judge: Hon. John A. Mendez

18

19       It is hereby stipulated and agreed between plaintiff,

20  United States of America, and defendant, David A. Turcios, that

21  the status conference scheduled for November 7, 2017, may be

22  continued to January 16, 2018, at 9:15 a.m.

23       The government provided additional discovery following Mr.

24  Turcios's arraignment, but the defense is requesting additional

25  documents relevant to Mr. Turcios's employment during the time

26  covered by the indictment.  The defense also needs additional

27  time to investigate and to consult with experts whose testimony

28  may be needed at trial.  The parties therefore agree that the

-1-

| | |
|---|---|
| 1 | status conference should be continued to January 16, 2018, and |
| 2 | ask the Court to order time excluded under the Speedy Trial Act |
| 3 | through that date in order to afford necessary time for |
| 4 | effective preparation.  The parties agree that the interests of |
| 5 | justice to be served by a continuance outweigh the best |
| 6 | interests of Mr. Turcios and the public in a speedy trial, and |
| 7 | ask the Court to order time excluded pursuant to 18 U.S.C. § |
| 8 | 3161(h)(7)(A) and (b)(iv). |

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:   November 1, 2017         /s/ T. Zindel_____
                                  TIMOTHY ZINDEL
                                  Assistant Federal Defender
                                  Attorney for DAVID TURCIOS


                                  PHILLIP A. TALBERT
                                  United States Attorney

Dated:   November 1, 2017         /s/ T. Zindel for M. Yelovich
                                  MATTHEW YEOLVICH
                                  Assistant U.S. Attorney

/////
/////
/////
/////
/////
/////
/////
/////
/////

-2-

**O R D E R**

The status conference is continued to January 16, 2018, at 9:15 a.m. The court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above. Time is therefore excluded from the date of this order through January 16, 2018, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: November 1, 2017       s/ John A. Mendez
                              HON. JOHN A. MENDEZ
                              United States District Court Judge