HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
DAVID A. TURCIOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-CR-00123 JAM |
| Plaintiff, | |
| vs. | **WAIVER OF APPEARANCE; ORDER APPROVING WAIVER** |
| DAVID A. TURCIOS, | |
| Defendant. | |

I, David Turcios, hereby waive the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after hearing, except upon arraignment, plea, jury selection, trial, and sentencing. I request that the court proceed during every absence the court may permit pursuant to this waiver. I agree that my interests will be deemed represented at all times by the presence of my attorney, the same as if I were personally

-1-

present, and I further agree to be present in court ready for hearing any day and hour the court may fix in my absence.

I have been informed of my rights under the Speedy Trial Act, 18 U.S.C. §§ 3161-3174, and I authorize my attorney to set times and delays under the Act without me being present.

Dated: October 31, 2017  /s/ *D. Turcios*
DAVID TURCIOS
Defendant

I concur in Mr. Turcios's decision to waive his appearance at the proceedings noted above.

HEATHER E. WILLIAMS
Federal Defender

Dated: October 31, 2017  /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for DAVID TURCIOS

**O R D E R**

The above waiver of appearance is hereby approved.

IT IS SO ORDERED.

Dated: January 12, 2018_
/s/ John A. Mendez
United States District Court Judge