HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
DAVID A. TURCIOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:17-CR-00123 JAM |
| | ) |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) **CONTINUING STATUS CONFERENCE** |
| | ) **AND EXCLUDING TIME** |
| DAVID A. TURCIOS, | ) |
| | ) |
| Defendant. | ) Date:    January 16, 2018 |
| | ) Time:    9:15 a.m. |
| | ) Judge:  Hon. John A. Mendez |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, David A. Turcios, that the status conference scheduled for January 16, 2018, may be continued to February 27, 2018, at 9:15 a.m.

The defense has requested additional documents relevant to Mr. Turcios's military employment during the time covered by the indictment (the events alleged in the indictment occurred in Afghanistan in 2011).  The defense also needs additional time to consult with an expert whose testimony will be needed at trial. The parties therefore agree that the status conference should be

continued to February 27, 2018, and ask the Court to order time excluded under the Speedy Trial Act through that date in order to afford necessary time for effective preparation. The parties agree that the interests of justice to be served by a continuance outweigh the best interests of Mr. Turcios and the public in a speedy trial, and ask the Court to order time excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv).

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:  January 12, 2018        /s/ T. Zindel_____
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for DAVID TURCIOS


                                McGREGOR SCOTT
                                United States Attorney

Dated:  January 12, 2018        /s/ T. Zindel for M. Yelovich
                                MATTHEW YEOLVICH
                                Assistant U.S. Attorney

/////

/////

/////

/////

/////

/////

/////

/////

/////

/////

**O R D E R**

The status conference is continued to February 27, 2018, at 9:15 a.m.  The court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above.  Time is therefore excluded from the date of this order through February 27, 2018, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.


Dated:  January 12, 2018          /s/ John A. Mendez_____
                                  HON. JOHN A. MENDEZ
                                  United States District Judge