1  SANDRA L. MOSER
   Acting Chief, Fraud Section
2  Daniel P. Butler
   Trial Attorney, Fraud Section
3  Criminal Division
   U.S. Department of Justice
4  1400 New York Ave., N.W.
   Room 4404
5  Washington, D.C.  20530

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00123 JAM |
|---|---|
| Plaintiff, | STIPULATION FOR MOVING DATE SET FOR TRIAL CONFIRMATION HEARING |
| v. | |
| DAVID A. TURCIOS, | CURRENT TRIAL CONFIRMATION HEARING DATE: May 29, 2018 |
| Defendant. | PROPOSED TRIAL CONFIRMATION HEARING DATE: May 22, 2018 |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant DAVID A. TURCIOS, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a Trial Confirmation Hearing on May 29, 2018. Dkt. No. 55.

2. By this stipulation, the parties now move for the Trial Confirmation Hearing date to be set for May 22, 2018 at 9:15 a.m. before the Court. Local Rule 450 requires the appearance of a prosecutor at the Trial Confirmation Hearing "who is familiar with the facts and has authority to take action." The undersigned prosecutor is the appropriate prosecutor for that purpose, but would need to travel from Washington, D.C. for the hearing on the day before, Memorial Day. The prosecutor has a personal conflict that day as does the case agent upon whom he relies, both for his factual knowledge of this matter as well as transportation. As to the former, this case is part of a string of cases in seven different Districts involving eight defendants. With regard to the latter, the prosecutor uses a wheelchair

and relies on the case agent for ground transportation in Sacramento.  Having the hearing on May 22, 2018, does not pose any of those problems for the government.

3. Defense counsel is agreeable to moving the date for the Trial Confirmation Hearing, is available on May 22, 2018, but is not available on the following Tuesday, June 5, 2018.

4. This stipulation does not affect the calculation of time under the Speedy Trial Act.  <u>See</u> 18 U.S.C. § 3161(h)(7)(A).  That is, the proposed date is a week earlier than the prior date set for the Trial Confirmation Hearing and the Speedy Trial requirements were previously tolled until the trial date of July 9, 2018.  Dkt. No. 55.

IT IS SO STIPULATED.

Dated:  March 13, 2018　　　　　　　　　　　SANDRA L. MOSER
　　　　　　　　　　　　　　　　　　　　　　Acting Chief, Fraud Section

　　　　　　　　　　　　　　　　　　　　　　/s/  Daniel P. Butler
　　　　　　　　　　　　　　　　　　　　　　Daniel P. Butler
　　　　　　　　　　　　　　　　　　　　　　Trial Attorney, Fraud Section
　　　　　　　　　　　　　　　　　　　　　　Criminal Division
　　　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice

Dated:  March 13, 2018　　　　　　　　　　　/s/ Timothy Zindel
　　　　　　　　　　　　　　　　　　　　　　Timothy Zindel
　　　　　　　　　　　　　　　　　　　　　　Hannah R. Labaree
　　　　　　　　　　　　　　　　　　　　　　Office of the Federal Defender
　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　　David A. Turcios

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED

Dated:  March 13, 2018

　　　　　　　　　　　　　　　　　　　　　　__/s/ John A. Mendez_____
　　　　　　　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE