SANDRA L. MOSER
Acting Chief, Fraud Section
DANIEL P. BUTLER
Trial Attorney, Fraud Section
Criminal Division
United States. Department of Justice
1400 New York Ave., N.W., Room 4404
Washington, D.C. 20530
Telephone: (202) 307-2184
Facsimile: (202) 514-3708

Attorneys for Plaintiff
United States of America

FILED

MAY 22 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00123 JAM |
|---|---|
| Plaintiff, | CONSENT ORDER OF FORFEITURE |
| v. | |
| DAVID A. TURCIOS, | |
| Defendant. | |

*WHEREAS*, a plea agreement was filed with this Court and signed by defendant **DAVID A. TURCIOS** and his counsel, Mr. Timothy Zindel, Esq., in which defendant agreed to plead guilty to a felony violation charged in Count Two of the Indictment in this case, that is, receiving and agreeing to receive a bribe by a public official, in violation of Title 18, United States Code, Section 201(b)(2)(A);

*WHEREAS*, the Information also alleged the forfeiture of a money judgment against defendant in favor of the United States for **five hundred dollars ($500)**, which represents a sum of money constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the offense of receiving and agreeing to receive a bribe by a public official, in violation of Title 18, United States Code, Section 201(b)(2)(A);

CONSENT ORDER OF FORFEITURE         1

*WHEREAS*, in his plea agreement, defendant expressly agreed and consented to the entry of an order of forfeiture, pursuant to Fed. R. Crim. P. 32.2(b)(2), forfeiting all rights, title and interest of any nature in property subject to forfeiture pursuant to Title 28, United States Code, Section 2461(c) (incorporating Title 18, United States Code, Section 981(a)(1)(C)), including the entry of a money judgment against defendant in the amount **five hundred dollars ($500)** as an amount representing the property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of the offense of receiving and agreeing to receive a bribe by a public official; and

*WHEREAS*, the Court has determined, based on the evidence set forth in the plea agreement and during defendant's guilty plea that: (1) entry of a money judgment against defendant in favor of the United States for **five hundred dollars ($500)** is appropriate because this amount is subject to forfeiture pursuant to Title 28, United States Code, Section 2461(c) (incorporating Title 18, United States Code, Section 981(a)(1)); and (2) that the Government has established the requisite connection between the amount of the money judgment and a violation of Title 18, United States Code, Section 201(b)(2)(A);

*NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED*:

1. That the following property is declared forfeited to the United States, pursuant to Fed. R. Crim. P. 32.2(b)(2):

**Money Judgment**

> A judgment against defendant in favor of the United States for **five hundred dollars ($500)**, which represents a sum of money constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the offense of receiving and agreeing to receive a bribe by a public official, in violation of Title 18, United States Code, Section 201(b)(2)(A).

2. Pursuant to Fed. R. Crim. P. 32.2(b)(4), this consent order of forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

//

//

CONSENT ORDER OF FORFEITURE　　　　2

3. The Court shall retain jurisdiction to enforce this order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

Dated this 22ND day of May, 2018.

*[signature]*
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

WE ASK FOR THIS:

SANDR L. MOSER
Acting Chief, Fraud Section
Criminal Division
United States Department of Justice

By: *[signature]*
Daniel P. Butler
Trial Attorney, Fraud Section
Criminal Division
United States Department of Justice

*[signature]*
David A. Turcios
Defendant

*[signature]*
Timothy Zindel, Esquire
Counsel for Defendant